

Commonwealth of Virginia Va. Code § 19.2-152.8    [ ] General District Court    [X] Circuit Court
**WISE COUNTY CIRCUIT COURT**    [ ] Juvenile and Domestic Relations District Court

| ALLEGED VICTIM | DATE OF BIRTH OF ALLEGED VICTIM |
|---|---|
| MELINDA SCOTT | 06/05/1985 |

v.

| RESPONDENT | RESPONDENT IDENTIFIERS (IF KNOWN) |||||||||
|---|---|---|---|---|---|---|---|---|---|
| ANDREW CARLSON | RACE | SEX | BORN MO. | BORN DAY | BORN YR. | HT. FT. | HT. IN. | WGT. | EYES | HAIR |
|  | W | M | 03 | 26 | 1991 | 5 | 08 | 140 | GR | BR |
| 150 WILLOW CREEK AVENUE | SSN 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 |
| RESPONDENT'S ADDRESS/LOCATION | |
| SCHENECTADY, NY 12304 | DRIVER'S LICENSE NO.   STATE   EXP. |
| [ ] CAUTION: Weapon Involved | |

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**

**To the individual requesting the order:** Please provide information on alleged victim and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.

I, the undersigned, assert under oath that the alleged victim is being or has been subjected to an act of violence, force, or threat, specifically: MELLINDA SCOTT, CALEB CARCAMO, ENOCH CARCAMO, HANNAH SCOTT AND GABRIEL SCOTT

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 19.2-152.9 or 19.2-152.10.

NAME AND AGENCY/RELATIONSHIP TO VICTIM    [ ] ALLEGED VICTIM/PARENT/PERSON IN *LOCO PARENTIS*    DATE
(If law enforcement officer, include badge and code no.)    [ ] LAW ENFORCEMENT OFFICER

Subscribed and sworn to before me this day [ ] in person [ ] by electronic communication
(If oath taken by electronic communication, print or type name of judge or magistrate taking oath.)

DATE    [ ] JUDGE    [ ] MAGISTRATE

**EMERGENCY PROTECTIVE ORDER**

Based on the above assertion and other evidence, I find that (if checked below):
[ ] There is probable danger of a further act of violence, force, or threat being committed by the Respondent against _____ the alleged victim; OR
[X] A [ ] warrant [X] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:
[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses resulting in injury to person or property.
[X] In order to protect the safety of the alleged victim or the alleged victim's family or household members, the Respondent shall have no contact of any kind with _____ *or friends* _____
_____ [ ] except as follows: _____
[ ] The Respondent is also prohibited from being in the physical presence of
_____

[ ] The alleged victim is granted possession of the companion animal described as _____ (NAME/TYPE)
[X] It is further ordered that *no contact between parties in any form- no calls, texts, facebook, letters internet or any electronic means whatsoever*
[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages ____

This Order is issued on  **FEBRUARY 9, 2017**
                              DATE

THIS ORDER EXPIRES ON  **FEBRUARY 9, 2019**  at 11:59 p.m.
                                       DATE

**RESPONDENT: SEE WARNINGS ON REVERSE**
(Print or type name of judge or magistrate if oral order is reduced to writing by the law enforcement officer.)

[signature]  [X] JUDGE  [ ] MAGISTRATE

**VERIFICATION:** I have verified this order.
DATE    [ ] JUDGE    [ ] MAGISTRATE

FORM DC-382 (FRONT) 07/16