CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 31 2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17CV10011 |
| ) | |
| v. ) | ORDER |
| ) | |
| ANDREW CARLSON, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

It appearing proper, this case is transferred to the Big Stone Gap Division of this Court.

ENTER: March 31, 2017

/s/ James P. Jones
United States District Judge